# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MELECIO M. CARDONA, | ) | No. CV 10-3339-SVW(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| CENTRAL DISTRICT OF CALIFORNIA, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition is dismissed as successive.

DATED:   June 29, 2010

STEPHEN V. WILSON
United States District Judge